# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

# SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| RENE LADMIRAULT III | ) | 22-110 MAG |
|  | ) | |
|  | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 15, 2022__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of machine gun |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Matthew Strickland
*Complainant's signature*

Special Agent Matthew Strickland, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/9/22

*Dana M. Douglas*
*Judge's signature*

City and state: New Orleans, Louisiana    Honorable Dana M. Douglas, U.S. Magistrate Judge
*Printed name and title*

___ Fee
_x_ Process    2cc: USM
___ Dktd
___ CtRmDep
___ Doc. No

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

 SEALED

IN THE MATTER OF THE CRIMINAL     *
COMPLAINT AND APPLICATION
FOR AN ARREST WARRANT FOR         *
RENE LADMIRAULT III
                                  *

            *       *       *

## AFFIDAVIT

I, Matthew Strickland, a Special Agent with the Federal Bureau of Investigation, being first duly sworn, do hereby depose and state that the following information is true to the best of my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am currently assigned to the New Orleans Violent Crime Task Force ("Task Force"). In that role my primary duties involve investigating fugitive matters, armed robberies, extortions, gang activity, violent offenses, and drug trafficking. I started my law enforcement career as a patrolman in Hattiesburg, Mississippi from 2016 to 2019. In that position, I effectuated hundreds of arrests and conducted a variety of investigations. I accepted a position with the FBI in October of 2019 and attended five months of Special Agent training in Quantico, Virginia. Since then, I have been assigned to the New Orleans Field Office.

2. I make this affidavit in support of securing a criminal complaint against RENE **LADMIRAULT, III** ("**LADMIRAULT**"), date of birth 01/01/2002, for violations of Title 18 U.S.C. Sections 922(o) and 924(a)(2) (illegal possession of machine guns), and Title 18, United States Code, Section 922(a)(1)(A) (engaging in the business of dealing firearms without a license).

3. The information contained in this Affidavit is based on my personal knowledge as well as information provided to me by other agents and witnesses.

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included the facts that I believe are sufficient to establish probable cause of the alleged offenses.

## PROBABLE CAUSE

1. Beginning in January 2022, the FBI New Orleans Violent Crime Task Force and the NOPD Violent Crime Abatement Investigation Team initiated an investigation into the proliferation of Glock auto switches within the Eastern District of Louisiana, specifically, the area of Greater New Orleans. Investigators identified an individual, hereinafter referred to as Target-1, in possession of auto switches. Target-1 utilized his/her Instagram social media account to post photographs and videos of himself/herself the auto switches.

2. Target-1 continued to post numerous photographs and videos to his/her Instagram account with him/her in possession of a Glock firearm, with what appeared to be an auto switch attached to the firearm. In an effort to further its investigation, NOPD detectives obtained a Louisiana state search warrant for Target-1's Instagram account.

3. Upon executing the Instagram search warrant, NOPD detectives located numerous photographs of Target-1 in possession of firearms and controlled substances. Additionally, detectives observed Instagram messages from Target-1 indicating that he/she wanted to purchase additional auto switches.

4. In February 2022, NOPD identified an individual (referred hereafter as Target-2) who appeared to be negotiating the sale of an auto switch to Target-1. Target-1 and Target-2 utilized Instagram to negotiate the transaction. In sum, Target-2 told Target-1 that he/she knew

someone who would have "switches" for sale. Based on my training and experience, I know that "switches" is a commonly used slang term used to reference Glock auto switches. Based on the aforementioned communication, NOPD detectives elected to obtain a Louisiana state court search warrant for the Instagram account associated with Target-2.

5. Upon executing the search warrant of Target-2's Instagram account, NOPD detectives observed several conversations in which Target-2 discussed selling auto switches. One individual whom Target-2 communicated with was an Instagram user with the Instagram handle name "onlyscrew." In sum, "onlyscrew" told Target-2 that he manufactured metal Glock switches and auto sears. Target-2 and "onlyscrew" discussed the prices of switches and sears.

6. During one communication, "onlyscrew" provided his telephone number to Target-2. "Onlyscrew" provided Target-1 with telephone number xxx-xxx-2508. A phone number search conducted by investigators revealed that telephone number xxx-xxx-2508 was serviced by AT&T Mobility telephone number and registered to LADMIRAULT.

7. On July 15, 2022, the NOPD obtained a search warrant for LADMIRAULT's Instagram account from a magistrate judge in Orleans Parish Criminal District Court. Upon executing the search warrant and reviewing **LADMIRAULT**'s Instagram, detectives observed numerous photographs and videos posted by **LADMIRAULT**. **LADMIRAULT** was in possession of auto switches. These posts corroborated communications between **LADMIRAULT** and Target-2 wherein **LADMIRAULT** identified himself as a manufacturer and seller of auto switches.

8. In an Instagram post dated July 12, 2022, LADMIRAULT negotiated the sale of auto switches with a purchaser. *See Image A*. The purchaser's request is depicted in white. **LADMIRAUL**T's responses are depicted in blue.



Image A

The communication between **LADMIRAULT** and the purchaser in *Image A* corroborates your affiant's belief that **LADMIRAULT** illegally sells and possesses auto switches. In addition to the plain text of *Image A* in which **LADMIRAULT** expressly states that his willingness to sell the purchaser auto switches, your affiant believes that the phrase "All day they be tweakin," is used by **LADMIRAULT**, to mean that **LADMIRAULT** receives requests daily to sell auto switches. Additionally, your affiant observed that the purchaser differentiated his request for auto

switches and "ar switches." Your affiant knows that "ar switches" is a commonly used term for auto sears.

9.      Your affiant has also observed videos obtained from **LADMIRAULT**'s Instagram account that support your affiant's belief that **LADMIRAULT** illegally manufactures auto switches. **LADMIRAULT**'s Instagram account features numerous videos of two devices known by your affiant to be devices used to manufacture auto switches. Your affiant knows that these devices, known as a CNC milling machine and a 3D printer, are utilized by illegal manufactures to make auto switches. Your affiant has provided a July 2, 2022, screenshot of one of the videos taken from **LADMIRAULT**'s Instagram page, showing the CNC milling machine and 3D printer. *See Image B*.



*Image B*

Your affiant observed that **LADMIRAULT** captioned the photograph with the statement, "I need my own workshop ima order another machine tomorrow." Your affiant interprets this caption to mean that **LADMIRAULT** is utilizing the CNC milling machine and the 3D printer to manufacture auto switches.

10.   Your affiant also observed a video from **LADMIRAULT**'s Instagram account, dated June 28, 2022, in which **LADMIRAULT** was in possession of a Glock firearm with an auto switch affixed to the gun. The silver in color auto switch can clearly be seen affixed to the gun. *See Image C*.



*Image C*

**LADMIRAULT** captioned the video with a reference to the "switch." In the video, **LADMIRAULT** references a song by rap artist Lil Durk in which he raps about the use of a "switch" as a fully automatic weapon. **LADMIRAULT**'s post states, "I been tappin that bitch for he made that song." Your affiant interpreted this statement to mean that **LADMIRAULT** is familiar with utilizing auto switches.

11. The aforementioned video also shows **LADMIRAULT** exiting his vehicle and firing the Glock firearm. The video shows the firearm operating as a fully automatic firearm. Your affiant is familiar with auto switches and has personally observed how a Glock firearm fires when a Glock switch is attached to the firearm. Based upon my review of the video, it appears that **LADMIRAULT** was firing a Glock pistol affixed with an auto switch given the number of casings ejected from the Glock firearm with a single pull of the trigger. *See Image D*.



*Image D*

## CONCLUSION

Based on the above information, your affiant believes that there is probable cause to believe that **LADMIRAULT** violated Title 18 U.S.C. Sections 922(o) and 924(a)(2) (illegal possession of machine guns), and Title 18, United States Code, Section 922(a)(1)(A) (engaging in the business of dealing firearms without a license). Your Affiant swears that the aforementioned information is true and correct to the best of his knowledge.

Respectfully submitted,

*/s/* Matthew Strickland
Matthew Strickland, Special Agent
Federal Bureau of Investigations

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed to and sworn before me,
this  9th   of August, 2022.
New Orleans, Louisiana

_____
HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE